UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KELSEY RODGERS, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | |
| LANDSCAPE STRUCTURES A/K/A LANDSCAPE STRUCTURES INC., | § § § | Civil Action No. 3:18-CV-3020-X |
| *Defendant/Third-Party Plaintiff.* | § § | |
| v. | § § | |
| HILARIO JUAREZ | § § § | |
| *Third-Party Defendant* | § § | |

## MEMORANDUM OPINION AND ORDER

The Court **GRANTS IN PART** and **DENIES IN PART** the parties' agreed motion [Doc. No. 61] for a continuance. The Court **VACATES** the current trial setting of February 10, 2020 and all current pre-trial deadlines. The Court will evaluate the need for scheduling the trial and resetting other pre-trial deadlines after issuing rulings on the pending dispositive motions [Doc. Nos. 30, 31, 34, and 49].

**IT IS SO ORDERED** this 6th day of January, 2020.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1